IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ALICIA CARNES-VIETEZ, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 2:23-CV-0147-SCJ |
| PERFORMANCE POWERSPORTS GROUP, INC, et al., | |
| Defendants. | |

**O R D E R**

Counsel for the parties having informed the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 15th day of September, 2023.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE